UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) MISC. NO. 3:13 |
| v. | ) |
| | ) ORDER TO SEAL CRIMINAL |
| | ) COMPLAINT |
| JAMES HARVEY MASON | ) |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the Affidavit, Criminal Complaint, and the Motion to Seal and this Order be sealed until further Order of this Court to allow law enforcement to successfully and safely apprehend the defendant,

**IT IS HEREBY ORDERED** that the Affidavit, Criminal Complaint, the Motion to Seal and this Order be sealed until further Order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 5th day of April, 2013.

DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE